

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LESLYE CURNUTT, ON BEHALF OF PUCKETT RANCHES, LTD., AND ALAN ROBBINS, ON BEHALF OF MUNNA, LTD., | § § § | No. 08-15-00014-CV |
| Appellants, | § | Appeal from the |
| v. | § | 83rd Judicial District Court |
| | § | of Pecos County, Texas |
| CONOCOPHILLIPS COMPANY, | § | (TC# 6838) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF MAY, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.